■ NICHOLAS NEUMANN, Appellant, v. POIRIER & McLANE CORP., Respondent.— Motion by appellant for leave to prosecute his appeals as a poor person, granted to the extent of dispensing with the printing. The appeals will be

heard on a typewritten record and on appellant's typewritten brief. The appellant is directed to file two copies of the typed record and six copies of his brief and to serve one copy of each on the respondent. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.